UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| THE BOARD OF TRUSTEES OF CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS by MICHAEL KUCHARSKI, ADMINISTRATIVE MANAGER, | CASE NO. C04-0122JAJ |
| Plaintiff. | JUDGMENT |
| vs. | |
| KAREN MEIER STEINER and STEINER CONST., INC., | |
| Defendants. | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

Plaintiff, The Board of Trustees of Carpenters Fringe Benefit Funds of Illinois by Michael Kucharski, Administrative Manager, shall recover from Defendant Steiner Const., Inc. the amount of $260,942.31.

Plaintiff, The Board of Trustees of Carpenters Fringe Benefit Funds of Illinois by Michael Kucharski, Administrative Manger, shall recover from Defendant Karen Meier Steiner the amount of $38,766.48.

DATED: March 14, 2006

Pridgen J Watkins - Clerk

BY: s/KFS
Deputy Clerk